1  JOHN L. BURRIS, ESQ. SB #69888
2  BENJAMIN NISENBAUM, ESQ. SB #222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA 94621
5  (510) 839-5200
   (510) 839-3882 *fax*
6
   Attorneys for Plaintiff
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 GREGORY OLIVER, II,                    )   Case No.: 07-02460 JL
12                                        )
          Plaintiff,                      )   SUMMONS RETURNED EXECUTED
13 v.                                     )   SERVED ON: CHIEF HEATHER FONG
                                          )   FOR THE CITY & COUNTY OF
14 CITY AND COUNTY OF SAN FRANCISCO;      )   SAN FRANCISCO
15 HEATHER FONG, CHIEF OF POLICE;         )
   OFFICER JESSE SERNA, DOES 1-25,        )
16 Inclusive,                             )
                                          )
17        Defendants.                     )   PROOF OF SERVICE
                                          )
18 _____

19
20
21
22
23
24
25
26
27
28

05/18/2007  10:24  5477897   Oliver v. City & County of S.F.   C07-02460   PAGE 03

AO 440 (Rev. 8/01) Summons in a Civil Action

Heather Fung, Chief of Police     (3:00 pm)

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me
DATE: May 17, 2007

Name of SERVER: Ted Thrower
TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left: Officer Craig Woods #685
850 Bryant, S.F. 94103

☐ Returned unexecuted

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Bridge fee $4.00 | $55 | $59 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/17/2007
Date

Signature of Server

842 46th St, Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.