JOHN L. BURRIS, ESQ. SB #69888
BENJAMIN NISENBAUM, ESQ. SB #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport St., Suite 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882 *fax*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II, <br><br> Plaintiff, <br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; HEATHER FONG, CHIEF OF POLICE; OFFICER JESSE SERNA, DOES 1-25, Inclusive, <br><br> Defendants. | Case No.: 07-02460 JL <br><br> SUMMONS RETURNED EXECUTED SERVED ON: OFFICER JESSE SERNA FOR THE CITY & COUNTY OF SAN FRANCISCO <br><br> PROOF OF SERVICE |

Jesse Serna, Police Officer (3:45 pm)

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | May 17, 2007 |
| Name of SERVER: Ted Thrower | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Sergeant Carl T. #916
766 Vallejo, S.F. 94133

☐ Returned unexecuted.

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35 | TOTAL $35 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/17/2007
Date

Signature of Server

843 46th St, Oakland, CA 94608
Address of Server

(*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure