UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gregory Oliver, II

Plaintiff(s),

v.

City and County of San Francisco, Heather Fong in her official capacity as Chief of Police. Jesse Serna

Defendant(s).

No. C 07 2460 JL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 9, 2007

_____
Signature

Counsel for  Defendants
(Plaintiff, Defendant or indicate "pro se")