United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-2460 JL<br><br>ORDER THAT CASES ARE NOT RELATED<br><br>C-07-2941 PJH, Maestrini v CCSF<br>C-07-2718 WDB, Hwang v CCSF, et al. |

The Court received Plaintiff's Administrative Motion to relate Cases pursuant to Civil Local Rule 3-12 and Defendants' opposition to the motion. All parties in the *Oliver* case have consented to this Court's jurisdiction as provided by 28 U.S.C. §636(c) and Civil Local Rule 73.

Civil Local Rule 3-12(a) provides the following definition of related cases:

An action is related to another when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

1  The Court reviewed the moving and opposing papers and concludes that the cases
2  should not be related. They involve different plaintiffs. They involve different groups of
3  defendants. They involve entirely distinct incidents occurring over a period of nine months.
4  They involve different legal theories. One case involves allegations of false arrest and use
5  of a baton. Another involves allegations of an unlawful detention, but not an arrest, and the
6  use of physical force. Yet another involves allegations against two named officers, one who
7  is not alleged to have been involved in any other incident.

8  No judicial resources would be conserved by relating these cases. There would be
9  no undue burden on the parties or the Court if they are not related.

10  Accordingly, the motion to relate cases is denied.

11  IT IS SO ORDERED.

12  DATED: August 14, 2007

_____
James Larson
Chief Magistrate Judge