DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
RONALD P. FLYNN, State Bar #184186
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3901
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
AND JESSE SERNA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive,<br><br>         Defendants. | Case No. C07-02460 JL<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Date Action Filed:   May 8, 2007<br>Trial Date:              None Set |

TO:   ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on the following dates, RONALD P. FLYNN, attorney for Defendants City and County of San Francisco, et al., will be on vacation and unavailable for any purpose whatsoever including but not limited to receiving notices of any kind, responding to ex-parte applications, appearing in court, or attending depositions:

1)   Commencing August 20, 2007 and continuing through August 27, 2007.

This notice is given pursuant to the case of <u>Tenderloin Housing Clinic v. Sparks</u> (1992) 8 Cal.App.4th 299.  Purposeful scheduling of a conflicting proceeding without good cause during the period of notice is sanctionable conduct pursuant to the Tenderloin case.

Dated:  August 16, 2007

           DENNIS J. HERRERA
           City Attorney
           JOANNE HOEPER
           Chief Trial Deputy
           RONALD P. FLYNN
           Deputy City Attorney

             -/s/-   Ronald P. Flynn
By:_____
           RONALD P. FLYNN

           Attorneys for Defendants
           CITY AND COUNTY OF SAN FRANCISCO,
           HEATHER FONG, IN HER OFFICIAL CAPACITY,
           AND JESSE SERNA