## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:40-10:44 ( 4 min)
Date: **October 17, 2007**

Case No: **C07- 2460 JL**

Case Name: **Gregory Oliver, II v. City & County of S.F., et al**

Plaintiff  Attorney(s): Ben Nisenbaum
Defendant Attorney(s): Ronald Flynn

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                      **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case referred to another MJ for settlement conference to be held w/in 120 days.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 3-19-08 @10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
          [ ] Jury  [ ] Court


Notes:.



cc: Venice, Kathleen, Magref