DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
RONALD P. FLYNN, State Bar #184186
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3901
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
AND JESSE SERNA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>           Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive,<br><br>           Defendants. | Case No. C07-02460 JL (MEJ)<br><br>ADMINISTRATIVE MOTION TO EXTEND DATE BY WHICH TO MEET WITH SETTLEMENT JUDGE<br><br><br>Date Action Filed:   May 8, 2007<br>Trial Date:                None Set |

---

Administrative Motion to Extend Settlement Date
Oliver v. CCSF, et al. – USDC No. C07-02460 JL

n:\lit\li2007\071509\00456889.doc

1  Pursuant to Local Rule 7-11, defendants file this stipulated motion to continue the date by which the parties are to meet with Magistrate Judge James for settlement discussions by 60 days, or until April 17, 2008.

On October 17, 2007 this Court issued an order referring the case to a Magistrate Judge for a settlement conference within 120 days, or by February 17, 2008. [Docket #18.] On October 24, 2008, Magistrate Judge James issued an order setting the conference for January 11, 2008. [Docket #19.]

The parties request an additional 60 days to gather additional information to increase the likelihood that meaningful discussions can take place at the conference. Defendants' counsel, Ron Flynn, spoke with plaintiff's counsel, Ben Nisenbaum on Friday December 21, 2007 and the two agreed to seek the extension. Both Mr. Flynn and Mr. Nisenbaum just completed federal trials and need the additional time to gather information.

Accordingly, the parties request that the Court extend the deadline by which the parties are to meet with the Magistrate Judge by 60 days, or until April 17, 2008.

Dated: December 24, 2007

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    RONALD P. FLYNN
    Deputy City Attorney

        -/s/-   Ronald P. Flynn
By:_____
    RONALD P. FLYNN

    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
    HEATHER FONG, IN HER OFFICIAL CAPACITY,
    AND JESSE SERNA

DECLARATION OF RONALD P. FLYNN

I, Ronald P. Flynn, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco and one of the attorneys of record for the defendants. I am licensed to practice law in the state of California and before this Court. Except where noted, the following is within my personal knowledge and, if called, I could and would testify competently with respect thereto.

2. On December 21, 2007, I spoke with counsel for plaintiff, Ben Nisenbaum, and we agreed to seek this 60-day extension.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed this 24th day of December, 2007, at San Francisco, California.

    - /s/ - Ronald P. Flynn
        Ronald P. Flynn

Administrative Motion to Extend Settlement Date
Oliver v. CCSF, et al. – USDC No. C07-02460 JL
2
n:\lit\li2007\071509\00456889.doc

**ORDER**

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the deadline for the parties to meet with Magistrate Judge James for a settlement conference is continued for 60 days, until April 17, 2007

DATED: 12/28/07

_____
Hon. James Larson,
Chief Magistrate Judge, U.S. District