1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-4283
6 | Facsimile:    (415) 554-3837

7 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
8 | HEATHER FONG, IN HER OFFICIAL CAPACITY,
AND JESSE SERNA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GREGORY OLIVER, II, | Case No. C07-02460 JL |
|---|---|
| Plaintiff, | **DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO'S, HEATHER FONG'S, AND JESSE SERNA'S NOTICE OF REASSIGNMENT OF ATTORNEY** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive, | Date Action Filed:    May 8, 2007<br>Trial Date:    None Set |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

Notice of Reassignment of Attorney;    1    n:\lit\li2008\071509\00465552.doc
Oliver v. CCSF, et al. – USDC No. C07-02460 JL

PLEASE TAKE NOTICE that this case has been reassigned to SCOTT D. WIENER, Deputy City Attorney and MEGHAN K. HIGGINS, Deputy City Attorney, as counsels of record for Defendants City and County of San Francisco, Heather Fong, in her official capacity, and Jesse Serna.

All pleadings and communications heretofore addressed to Deputy City Attorney RONALD P. FLYNN should hereafter be addressed to:

>SCOTT D. WIENER
>MEGHAN K. HIGGINS
>Deputy City Attorneys
>Office of the City Attorney
>1390 Market Street, Sixth Floor
>San Francisco, CA  94102
>Telephone:    (415) 554-4283
>Facsimile:     (415) 554-3837

Dated:  February 11, 2008

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>SCOTT D. WIENER
>Deputy City Attorney
>
>         -/s/-    Scott D. Wiener
>By:_____
>SCOTT D. WIENER
>Attorneys for Defendants
>CITY AND COUNTY OF SAN FRANCISCO,
>HEATHER FONG, IN HER OFFICIAL CAPACITY,
>AND JESSE SERNA