CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA                                SCOTT D. WIENER
City Attorney                                    Deputy City Attorney

DIRECT DIAL: (415) 554-4283

February 11, 2008

The Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102

    Re:    Oliver v. City and County of San Francisco, et al.
           US District Court Case No. C07-02460 JL

Dear Judge Larson:

    This will confirm that the Court has rescheduled the settlement conference in this matter to April 28, 2008, at 2 p.m.

    Thank you.

           Very truly yours,

           DENNIS J. HERRERA
           City Attorney

           -/s/-    Scott D. Wiener

           SCOTT D. WIENER
           Deputy City Attorney