CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

SCOTT D. WIENER
Deputy City Attorney

DIRECT DIAL: (415) 554-4283

February 11, 2008

Honorable Judge Maria-Elena James
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom B, 15th Floor
San Francisco, CA 94102

    Re:    Oliver v. City and County of San Francisco, et al.
            US District Court Case No. C07-02460 JL

Dear Judge James:

    This will confirm that the Court has rescheduled the settlement conference in this matter to April 28, 2008, at 2 p.m.

    Thank you.

                                   Very truly yours,

                                   DENNIS J. HERRERA
                                   City Attorney

                                   -/s/-    Scott D. Wiener

                                   SCOTT D. WIENER
                                   Deputy City Attorney