1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4283
6  Facsimile:     (415) 554-3837

7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  HEATHER FONG, IN HER OFFICIAL CAPACITY, AND
   JESSE SERNA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GREGORY OLIVER, II,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. C07-02460 JL<br><br>**STIPULATION TO CHANGE CASE MANAGEMENT CONFERENCE DATE** |
|---|---|

STIPULATION RE CMC DATE
Oliver v. CCSF, et al. – USDC No. C07-02460 JL

n:\lit\li2007\071509\00465395.doc

1  WHEREAS the Court previously set a case management conference for March 19, 2008, at 10:30 a.m.;

2  WHEREAS the Court subsequently extended the deadline to complete a settlement conference with the Honorable Maria-Elena James;

3  WHEREAS the settlement conference is now scheduled to occur on April 28, 2008;

4  AND WHEREAS the parties believe that the case management conference should occur after the settlement conference;

5  THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, to continue the case management conference to any Wednesday in May 2008.

Dated: February 11, 2008

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                SCOTT D. WIENER
                Deputy City Attorney

                    -/s/-   Scott D. Wiener
          By:_____
                SCOTT D. WIENER

                Attorneys for Defendants
                CITY AND COUNTY OF SAN FRANCISCO,
                HEATHER FONG, IN HER OFFICIAL CAPACITY,
                AND JESSE SERNA

Dated: February 11, 2008

                LAW OFFICES OF JOHN BURRIS

                    -/s/-   Ben Nisenbaum
          By:_____
                BEN NISENBAUM

                Attorneys for Plaintiff
                GREGORY OLIVER, II

**ORDER**

Based on the parties' stipulation, the Court hereby continues the March 19, 2008, case management conference to May ____, 2008, at 10:30 a.m.

Dated: _____

_____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE