1  WHEREAS the Court previously set a case management conference for March 19, 2008, at
2  10:30 a.m.;
3  WHEREAS the Court subsequently extended the deadline to complete a settlement
4  conference with the Honorable Maria-Elena James;
5  WHEREAS the settlement conference is now scheduled to occur on April 28, 2008;
6  AND WHEREAS the parties believe that the case management conference should occur after
7  the settlement conference;
8  THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, to
9  continue the case management conference to any Wednesday in May 2008.

Dated: February 11, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

By: _____
    SCOTT D. WIENER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
AND JESSE SERNA

Dated: February 11, 2008

        LAW OFFICES OF JOHN BURRIS

By: _____
    BEN NISENBAUM

Attorneys for Plaintiff
GREGORY OLIVER, II

STIPULATION RE CMC DATE
Oliver v. CCSF, et al. – USDC No. C07-02460 JL     1     c:\documents and settings\ben\desktop\00465395.doc