1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-4283
6 | Facsimile:    (415) 554-3837

7 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
8 | HEATHER FONG, IN HER OFFICIAL CAPACITY, AND
JESSE SERNA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive,<br><br>        Defendants. | Case No. C07-02460 JL<br><br>**STIPULATION TO CHANGE CASE MANAGEMENT CONFERENCE DATE** |

STIPULATION RE CMC DATE
Oliver v. CCSF, et al. – USDC No. C07-02460 JL                                       n:\lit\li2007\071509\00465395.doc

1  WHEREAS the Court previously set a case management conference for March 19, 2008, at 10:30 a.m.;

2  WHEREAS the Court subsequently extended the deadline to complete a settlement conference with the Honorable Maria-Elena James;

3  WHEREAS the settlement conference is now scheduled to occur on April 28, 2008;

4  AND WHEREAS the parties believe that the case management conference should occur after the settlement conference;

5  THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, to continue the case management conference to any Wednesday in May 2008.

Dated:  February 11, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

          -/s/-   Scott D. Wiener
By:_____
        SCOTT D. WIENER

        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO,
        HEATHER FONG, IN HER OFFICIAL CAPACITY,
        AND JESSE SERNA

Dated:  February 11, 2008

        LAW OFFICES OF JOHN BURRIS

          -/s/-   Ben Nisenbaum
By:_____
        BEN NISENBAUM

        Attorneys for Plaintiff
        GREGORY OLIVER, II

**ORDER**

Based on the parties' stipulation, the Court hereby continues the March 19, 2008, case management conference to May 21, 2008, at 10:30 a.m.

Dated: 2/13/08

*James Larson*
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE CMC DATE
Oliver v. CCSF, et al. – USDC No. C07-02460 JL

n:\lit\li2007\071509\00465395.doc