JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200     Facsimile: (510) 839-3882

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>          Defendants.<br>_____ / | Case No.  C 07 02460 JL<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANT CITY**<br><br>**Time:  9:30 a.m.**<br>**Date: March 26, 2008**<br>**Courtroom:  F**<br><br>Honorable Magistrate Judge James Larson |

THIS MATTER CAME BEFORE the Court on March 26, 2008.  Based on the papers submitted and arguments made by Counsel for the parties, the Court hereby grants Plaintiff's Motion to Compel Defendant CITY to produce documents responsive to Plaintiff's Request for Production of Documents to Defendant CITY (set one), nos. 11 and 12.

**IT IS SO ORDERED.**

Dated:_____                                     _____
                                                 HON. JAMES LARSON
                                                 United Stated Magistrate Judge

(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANT CITY                                                                                                                 1
Case No. C 07 02460 JL