JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200    Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>         Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>         Defendants.<br>_____ / | Case No. C 07 02460 JL<br><br>DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANT CITY<br><br>Time: 9:30 a.m.<br>Date: March 26, 2008<br>Courtroom: F<br><br>Honorable Magistrate Judge James Larson |

I, Benjamin Nisenbaum, hereby declare:

1. I am attorney of record for Plaintiff. This declaration is submitted in support of Plaintiff GREGORY OLIVER, II's Motion to Compel Production of Documents by Defendant CITY in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Request for Production of Documents to Defendant CITY (set one), pertaining to the instant matter.

3. Attached hereto as Exhibit B is a true and correct copy of Defendant CITY's Responses to Plaintiff's Request for Production of Documents, pertaining to the instant matter.

4. Attached hereto as Exhibit C is a true and correct copy of the declaration of Lt. Michael Stasko Re Plaintiff's Discovery Demands, executed on November 26, 2007, pertaining to the instant matter

5. Attached hereto as Exhibit D is a true and correct copy of correspondence dated November 16, 2007, from the undersigned to David Newdorf, Deputy City Attorney, who represents Defendants CITY and SERNA in *Maestrini v. City and County of San Francisco, et al.* Northern District Case No. C 07 2941 PJH, in which Defendant SERNA is a named defendant.

6. Throughout the course of litigation in the instant matter, Plaintiff's counsel has been in contact with former Defendant's counsel Ronald Flynn, Deputy City Attorney. Deputy City Attorney Scott Wiener has recently replaced Mr. Flynn as Defendants' counsel in the instant matter. I have spoken with Mr. Flynn on several occasions regarding the instant discovery dispute. Mr. Flynn informed me that David Newdorf, Deputy City Attorney would be handling the discovery disputes in the instant matter, *Maestrini*, and a third civil case in which Defendant Officer SERNA and Defendant CITY are named Defendants, *Hwang v. City and County of San Francisco, et al.*, Northern District Case No. C 07 2718 MMC. We informally agreed to conduct the *Monell* component of each of the three cases in which Plaintiff's counsel represents Plaintiff's against Defendant Officer SERNA together. To that end, I have spoken with Mr. Newdorf on several occasions to meet and confer on the instant discovery dispute. After sending Mr. Newdorf the November 16, 2007 letter addressed to Mr. Newdorf, addressing the same concerns in the *Maestrini* case as those presented in the instant discovery dispute. Despite the passage of time and several telephone calls, and one letter from Mr. Newdorf indicating his belief that this dispute can be resolved, no action toward resolution has occurred.

7. Attached hereto as Exhibit E is a copy of Mr. Newdorf's correspondence in response to my November 16, 2007 meet and confer letter in *Maestrini*. In spite of several telephone calls, Mr. Newdorf has had no further substantive discussions with me regarding the pending discovery dispute. At this point, three months after Mr. Newdorf indicated a discovery motion would be unnecessary, I

am concerned that further delay in resolving this discovery dispute will substantially prejudice all three Plaintiffs in the three pending matters against Defendant Officer SERNA.

8. Attached hereto as Exhibit F is a true and correct copy of the Complaint filed in *Esther Hwang v. City and County of San Francisco, et al*, Northern District case no. C 07 2718 MMC (initially assigned to Magistrate Judge Brazil).

9. Attached hereto as Exhibit G is a true and correct copy of the Complaint filed in *Marco Maestrini v. City and County of San Francisco, et al.* case no. C 07 2941 PJH.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my personal knowledge, except where stated on information and belief, and to those matters I am informed and believe them to be true. If called as a witness, I would competently testify to those matters stated herein.

Executed February 20, 2008 at Oakland, California.

/s/ _____
Benjamin Nisenbaum
Attorney for Plaintiff

DECLARATION OF BENJAMIN NISENBAUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANT CITY
Case No. C 07 02460 JL                                                                                                                    3