Gregory Oliver, II vs. City and County of San Francisco, et al.
United States District Court
C 07-02460 JL

# EXHIBIT E

CITY AND COUNTY OF SAN FRANCISCO



DENNIS J. HERRERA
City Attorney

OFFICE OF THE CITY ATTORNEY

DAVID B. NEWDORF
Deputy City Attorney

DIRECT DIAL: (415) 554-3892
E-MAIL:  david.newdorf@sfgov.org

November 20, 2007

**Via U.S. Mail and Facsimile: 510-839-3882**
Ben Nisenbaum
Law Office of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621

Re:  *Maestrini v. CCSF*
     Case No. 07-2941 PJH

Dear Mr. Nisenbaum:

I enclose the Declaration of Lt. Michael Stasko Re Plaintiff's Discovery Demands. Thank you for your courtesy in extending the time to submit this declaration.

I have also received your letter of November 16, 2007 concerning the City's discovery responses. I am in deposition all day today and will be out of the office the rest of this week for Thanksgiving. I will respond when I return. Based on our experience in other cases, I believe these issues can be resolved without the necessity of filing a discovery motion.

Very truly yours,

DENNIS J. HERRERA
City Attorney

DAVID B. NEWDORF
Deputy City Attorney

Encl.

FOX PLAZA · 1390 MARKET STREET, SIXTH FLOOR · SAN FRANCISCO, CALIFORNIA 94102
RECEPTION: (415) 554-3800 FACSIMILE: (415) 554-3837

n:\lit\li2007\071561\00450789.doc