1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200    Facsimile: (510) 839-3882
   Email: john.burris@johnburrislaw.com
5         bnisenbaum@gmail.com

6

7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 GREGORY OLIVER, II,                    Case No. C 07 02460 JL

12        Plaintiff,                      **STIPULATION AND (PROPOSED) ORDER
                                          CONTINUING HEARING DATE RE:
13        vs.                             PLAINTIFF'S MOTION TO COMPEL**

14 CITY AND COUNTY OF SAN FRANCISCO,
   a municipal corporation; HEATHER FONG, in
15 her capacity as Chief of Police for the CITY    Honorable Magistrate Judge James Larson
   AND COUNTY OF SAN FRANCISCO; JESSE
16 SERNA, individually, and in his capacity as a
   police officer for the CITY AND COUNTY OF
17 SAN FRANCISCO; and, San Francisco police
   officers DOES 1-25, inclusive,
18
19        Defendants.
20                                        /

21

22                              **STIPULATION**

23     The parties hereby stipulate to continue the hearing date on Plaintiff's Motion to Compel

24 Production of Documents by Defendant CITY, from March 26, 2008 to April 2, 2008, at 9:30 a.m., in

25 Courtroom F of the above-entitled Court. Good cause for the stipulated continuance is based on

26 negotiated agreement between counsel for Plaintiff and Defendants.

27

28

STIPULATION AND (PROPOSED) ORDER CONTINUING HEARING RE: PLAINITFF'S MOTIO TO COMPEL     1
Case No. C 07 02460 JL

In light of the continuance, Defendants' opposition shall be filed by March 19, 2008, and Plaintiff's Reply shall be filed by March 26, 2008.

IT IS SO STIPULATED.

Dated: March 4, 2008

The Law Offices of John L. Burris

/s/ _____
Ben Nisenbaum
Attorney for Plaintiff

Dated: March 4, 2008

Dennis J. Herrera, City Attorney
Joanne Hoeper, Chief Trial Attorney
Scott Wiener, Deputy City Attorney

_____
Scott Wiener
Attorney for Defendants

(PROPOSED) ORDER

Good cause shown, based on the parties' stipulation, the Court hereby orders that the hearing on Plaintiff's Motion to Compel Production of Documents by Defendant CITY is continued to April 2, 2008 at 9:30 a.m., in Courtroom F.

Defendants' Opposition shall be filed by March 19, 2008. Plaintiff shall file his reply no later than March 26, 2008.

IT IS SO ORDERED.

Dated:_____

_____
Honorable James Larson
United States Magistrate Judge