JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200     Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>    Defendants.<br>_____/ | Case No. C 07 02460 JL<br><br>STIPULATION AND (PROPOSED) ORDER CONTINUING HEARING DATE RE: PLAINTIFF'S MOTION TO COMPEL<br><br>Honorable Magistrate Judge James Larson |

## STIPULATION

The parties hereby stipulate to continue the hearing date on Plaintiff's Motion to Compel Production of Documents by Defendant CITY, from March 26, 2008 to April 2, 2008, at 9:30 a.m., in Courtroom F of the above-entitled Court. Good cause for the stipulated continuance is based on negotiated agreement between counsel for Plaintiff and Defendants.

STIPULATION AND (PROPOSED) ORDER CONTINUING HEARING RE: PLAINITFF'S MOTIO TO COMPEL
Case No. C 07 02460 JL                                                                                                                1

In light of the continuance, Defendants' opposition shall be filed by March 19, 2008, and Plaintiff's Reply shall be filed by March 26, 2008.

IT IS SO STIPULATED.

Dated: March 4, 2008

The Law Offices of John L. Burris

/s/ _____
Ben Nisenbaum
Attorney for Plaintiff

Dated: March 4, 2008

Dennis J. Herrera, City Attorney
Joanne Hoeper, Chief Trial Attorney
Scott Wiener, Deputy City Attorney

_____
Scott Wiener
Attorney for Defendants

(PROPOSED) ORDER

Good cause shown, based on the parties' stipulation, the Court hereby orders that the hearing on Plaintiff's Motion to Compel Production of Documents by Defendant CITY is continued to April 2, 2008 at 9:30 a.m., in Courtroom F.

Defendants' Opposition shall be filed by March 19, 2008. Plaintiff shall file his reply no later than March 26, 2008.

IT IS SO ORDERED.

Dated: March 5, 2008

Honorable
United States

*IT IS SO ORDERED*
*Judge James Larson*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION AND (PROPOSED) ORDER CONTINUING HEARING RE: PLAINTIFF'S MOTION TO COMPEL
Case No. C 07 02460 JL

2

TOTAL P.02