## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:15-10:23 ( 08 min)
Date: **April 2, 2008**

Case No: **C07- 2460 JL**

Case Name: **Gregory Oliver, II v. City & County of S.F., et al**

Plaintiff  Attorney(s): Ben Nisenbaum
Defendant Attorney(s): Scott Wiener; Meghan Higgins

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                              **RULING:**
1. Plt'fs mo to compel prod of docs
2.
3.
4.
[ ]  Case Management Conference  [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Documents, without redactions, to be submitted for in camera review by 4/12/08.  Counsel to submit stipulated protective ord.
Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued**
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
         [ ] Jury  [ ] Court


Notes: Court to notify counsel of future hearing date..



cc: Venice, Kathleen,