DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, IN HER OFFICIAL CAPACITY,
AND JESSE SERNA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. C07-02460 JL<br><br>**[PROPOSED] ORDER BIFURCATING PLAINTIFFS' CLAIMS AGAINST CITY AND COUNTY OF SAN FRANCISCO AND CHIEF HEATHER FONG FROM CLAIMS AGAINST OFFICER SERNA AND STAYING *MONELL* AND RELATED DISCOVERY**<br><br>Hearing Date:　　May 21, 2008<br>Hearing Judge:　Hon. J. Larson<br>Time:　　　　　9:30 a.m.<br>Place:　　　　　Courtroom F<br><br>Date Action Filed:　May 8, 2007<br>Trial Date:　　　　None Set |

　　　Defendants' MOTION TO BIFURCATE PLAINTIFFS' CLAIMS AGAINST CITY AND

COUNTY OF SAN FRANCISCO AND CHIEF HEATHER FONG FROM CLAIMS AGAINST

OFFICER SERNA and MOTION TO STAY *MONELL* AND RELATED DISCOVERY came on for

regularly noticed hearing on May 21, 2008, with Deputy City Attorney Scott D. Wiener appearing

for all Defendants and Ben Nisenbaum appearing for Plaintiff.  Having reviewed the parties'

---

ORDER
Oliver v. CCSF, et al. – USDC No. C07-02460 JL

n:\lit\li2008\071509\00477919.doc

1  submissions, considered the relevant authorities, and heard argument, the Court GRANTS the
2  motions and ORDERS as follows:
3      1.    Trial of Plaintiff's claims against Officer Serna are bifurcated from Plaintiff's claims
4  against the City and Chief Heather Fong.  *See* Fed. R. Civ. P. 42(b); *Quintanilla v. City of Downey*,
5  84 F.3d 353, 356 (9th Cir. 1996).  Trial shall proceed first against Officer Serna only.  After that
6  trial, Plaintiffs may proceed to trial against the City and Chief Fong, if those claims are still viable.
7      2.    Discovery related to Plaintiff's claims against the City and Chief Fong (*Monell*
8  discovery and discovery related to Plaintiff's claim for negligent hiring, retention, training,
9  supervision, and discipline) is stayed until after the trial of Plaintiff's claims against Officer Serna.
10 *See* Fed. R. Civ. P. 26(c).
11     SO ORDERED.

Dated: _____     _____
                                              HON. JAMES LARSON
                                              UNITED STATES MAGISTRATE JUDGE

ORDER
Oliver v. CCSF, et al. – USDC No. C07-02460 JL
n:\lit\li2008\071509\00477919.doc