JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200    Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@hotmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>            Defendants.<br>_____/ | Case No. C 07 02460 JL<br><br>**ADMINISTRATIVE MOTION AND (PROPOSED) ORDER EXTENDING TIME TO MEET WITH SETTLEMENT JUDGE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rule 7-11, the parties file this stipulated motion to continue the date by which the parties are to meet with Magistrate Judge James for settlement conference to June 27, 2008.

The parties request the additional time so that Plaintiff's counsel may take the deposition of Defendant Officer SERNA after the Court has resolved the current discovery dispute between the parties. The parties do not expect any meaningful settlement discussions to occur prior to Defendant

Officer SERNA's deposition being taken, which will not occur until Plaintiff's counsel has had an opportunity to review the personnel records as may be ordered disclosed to Plaintiff under a protective order following *in camera* review.  Since Defendants have filed a motion to bifurcate *Monell* discovery, which is scheduled to be heard by the Court on May 21, 2008, the parties request leave of the Court to allow the settlement conference to be conducted by June 27, 2008. This schedule will allow Plaintiff's counsel the opportunity to review records that may be ordered disclosed by the Court, if any, following the May 21, 2008 hearing before deposing Defendant Officer SERNA in preparation for the Settlement Conference.

In light of the requested extension, the parties also request that the next Case Management Conference in this case be set to occur following the settlement conference in this matter at a date of the Court's convenience, except the week of July 7, 2008, when Defendants' counsel will be on vacation.

Dated:  April 17, 2008                **The Law Offices of John L. Burris**

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum
Attorney for Plaintiff

Dated:  April 17, 2008                **DENNIS J. HERRERA, City Attorney**

By: /s/ Scott D. Weiner
     Scott D. Wiener
     Deputy City Attorney

ADMINISTRATION MOTION AND (PROPOSED) ORDER EXTENDING TIME TO MEET WITH SETTLEMENT JUDGE AND CONTINUTING CASE MANAGEMENT CONFERENCE-    2

**(PROPOSED) ORDER**

Pursuant to stipulation, and based on the motion hearing scheduled for May 21, 2008, the Court hereby grants the parties' stipulation and orders that the parties meet with Magistrate Judge James by June 27, 2008 for Settlement Conference. In light of the extension to conduct the Settlement Conference, the Court hereby continues the next Case Management Conference in this matter to _____, 2008, at _____ in this Court.

Dated:_____                             _____
                                                  HONORABLE JAMES LARSON
                                                  UNITED STATES MAGISTRATE JUDGE