## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 9:33-9:38 ( 05 min)
Date: **May 21, 2008**

Case No: **C07- 2460 JL**

Case Name: **Gregory Oliver, II v. City & County of S.F., et al**

Plaintiff  Attorney(s): Ben Nisenbaum
Defendant Attorney(s): Scott Wiener; Meghan Higgins

Deputy Clerk:  **Wings Hom**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Deft's mo to bifurcate claims | Granted, w/o prejudice |
| 2. Deft's mo to stay Monell & related discovery | Granted, w/o prejudice |
| 3. | |
| 4. | |

[ ]  Case Management Conference  [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued**
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
        [ ] Jury  [ ]  Court


Notes:



cc: Venice, Kathleen,