# Gregory Oliver, II

### v.

# City and County of San Francisco, et al.

## Case No. C07-02460 JL

## Exhibit A

### to

## Opposition to Motion to Relate Cases

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY OLIVER, II,

    Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 07-2460 JL

ORDER THAT CASES ARE NOT RELATED

C-07-2941 PJH, Maestrini v CCSF
C-07-2718 WDB, Hwang v CCSF, et al.

    The Court received Plaintiff's Administrative Motion to relate Cases pursuant to Civil Local Rule 3-12 and Defendants' opposition to the motion. All parties in the *Oliver* case have consented to this Court's jurisdiction as provided by 28 U.S.C. §636(c) and Civil Local Rule 73.

    Civil Local Rule 3-12(a) provides the following definition of related cases:

An action is related to another when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

1   The Court reviewed the moving and opposing papers and concludes that the cases
2 should not be related. They involve different plaintiffs. They involve different groups of
3 defendants. They involve entirely distinct incidents occurring over a period of nine months.
4 They involve different legal theories. One case involves allegations of false arrest and use
5 of a baton. Another involves allegations of an unlawful detention, but not an arrest, and the
6 use of physical force. Yet another involves allegations against two named officers, one who
7 is not alleged to have been involved in any other incident.
8   No judicial resources would be conserved by relating these cases. There would be
9 no undue burden on the parties or the Court if they are not related.
10   Accordingly, the motion to relate cases is denied.
11   IT IS SO ORDERED.
12 DATED: August 14, 2007

*James Larson*
James Larson
Chief Magistrate Judge