1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DAVID B. NEWDORF, State Bar #172960
   SEAN F. CONNOLLY, State Bar #152235
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3892
   Facsimile:     (415) 554-3837
7  E-Mail:        david.newdorf@sfgov.org

8  Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, ET AL.
   HEATHER FONG AND JESSE SERNA
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO.<br>　　　　Defendants. | Case No. C07-02460 JL<br><br>**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S JOINDER IN OPPOSITION TO MOTION TO RELATE CASES (FILED IN *OLIVER v. CCSF, ET AL.*, USDC, ND CASE NO. C07-2460)** |
| MARCO MAESTRINI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO.<br>　　　　Defendants. | Case No. C 07-2941 PJH<br><br>**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S JOINDER IN OPPOSITION TO MOTION TO RELATE CASES (FILED IN *OLIVER v. CCSF, ET AL.*, USDC, ND CASE NO. C07-2460)** |

Defendants City and County of San Francisco, et al. (collectively, "Defendants") in the instant matter entitled *Maestrini v. City and County of San Francisco, et al.*, USDC Case No. C 07-2941, hereby join in the Opposition to Motion to Relate Cases filed in *Gregory Oliver II v. City and County of San Francisco, et al.*, United States District Court Case No. C07-02460 and joins in the Opposition to Motion to Relate Cases filed in *Shawn Myers, et al. v. City and County of San Francisco, et al.*, United States District Court Case No. C08-1163.

Dated: June 25, 2008

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy
                        DAVID B. NEWDORF
                        SEAN F. CONNOLLY
                        Deputy City Attorneys

                    By: s/David A. Newdorf
                        DAVID B. NEWDORF

                        Attorneys for Defendants
                        CITY AND COUNTY OF SAN FRANCISCO,
                        HEATHER FONG AND JESSE SERNA