1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar # 152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3863
6  Facsimile:    (415) 554-3837
   E-Mail:       sean.connolly@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO, ET AL.

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12 | GREGORY OLIVER, II,                           | Case No. C07-02460 JL
13 |       Plaintiff,                              | **DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S JOINDER IN OPPOSITION TO MOTION TO RELATE CASES (FILED IN *OLIVER v. CCSF, ET AL.*, USDC, ND CASE NO. C07-2460)**
14 |       vs.                                     |
15 | CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive, |
   |       Defendants.                             |
21 | ESTHER HWANG,                                  | Case No. C07-02718 MMC
22 |       Plaintiff,                              | **DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S JOINDER IN OPPOSITION TO MOTION TO RELATE CASES (FILED IN *OLIVER v. CCSF, ET AL.*, USDC, ND CASE NO. C07-2460)**
23 |       vs.                                     |
24 | CITY AND COUNTY OF SAN FRANCISCO, ET AL.      |
   |       Defendants.                             |
   |                                                | Trial Date:            N/A

CCSF'S JOINDER IN OPP TO MOTION TO RELATE CASES; NO.  C07-02718 MMC        1        n:\lit\li2007\071511\00492907.doc

Defendants City and County of San Francisco, et al. (collectively, "Defendants") in the instant matter entitled *Hwang v. City and County of San Francisco*, USDC Case No. C07-02718 hereby join in the Opposition to Motion to Relate Cases filed in *Gregory Oliver II v. City and County of San Francisco, et al.*, United States District Court Case No. C07-02460 and joins in the Opposition to Motion to Relate Cases filed in *Shawn Myers, et al. v. City and County of San Francisco, et al.*, United States District Court Case No. C08-1163.

Date:  June 25, 2008

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                SEAN F. CONNOLLY
                Deputy City Attorney

By:   s/Sean F. Connolly
                SEAN F. CONNOLLY
                Attorneys for Defendants
                CITY AND COUNTY OF SAN FRANCISCO, et al.