JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200    Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com
       bnisenbaum@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>　　　　Defendants.<br>_____ / | Case No. C 07 02460 JL<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: July 23, 2008<br>Time: 10:30 a.m.<br>Location: Courtroom F, 15th Floor<br><br>Honorable James Larson |

UPDATED CASE MANAGEMENT CONFERENCE STATEMENT

The Court previously granted the parties' stipulation to extend the date to conduct a

settlement conference before a magistrate judge, and continue the further case management

conference in the above-noted matter to July 23, 2008. Part of the basis of that stipulation was due to

Plaintiffs' unwillingness to take Defendant Officer SERNA's deposition until after the Court

completes its *in camera* review of Officer SERNA's personnel records, and records ordered disclosed

are made available to Plaintiff's counsel under a protective order. Officer SERNA's deposition has not been taken yet, but will be taken after Plaintiff's counsel receives documents ordered disclosed by the Court.

To date, the depositions of percipient witnesses and Mr. OLIVER have been taken, and most of the written discovery has been completed. It is anticipated that further depositions will include any treating physicians defendants choose to depose and Officer SERNA. Plaintiff's counsel may also take the depositions of other officers at the scene of the incident.

Respectfully submitted,

Dated: July 16, 2008                **The Law Offices of John L. Burris**


/s/ Benjamin Nisenbaum
Ben Nisenbaum
Attorney for Plaintiff


Dated: July 16, 2008                **Dennis J. Herrera, City Attorney**
**Joanne Hoeper, Chief Trial Deputy**
**Scott D. Wiener, Deputy City Attorney**


/s/ Scott D. Weiner
Scott D. Wiener, Deputy City Attorney
Attorneys for Defendants

UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT                2