JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200    Facsimile: (510) 839-3882
Email: john.burris@johnburrislalw.com
    bnisenbaum@gmail.com

Attorneys for Plaintiff
GREGORY OLIVER, II

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>  Defendants.<br>_____/ | Case No. C 07 02460 JL<br><br>**(PROPOSED) ORDER RE TELEPHONIC PARTICIPATION BY BENJAMIN NISENBAUM AT THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**Date: July 23, 2007**<br>**Time: 10:30 a.m.**<br>**Courtroom: F**<br>Honorable Magistrate Judge James Larson |

WHEREAS, a Further Case Management Conference is scheduled to be heard before this Court on July 23, 2007 at 10:30 a.m.;

WHEREAS, attorney John Burris is unable to attend the Further Case Management Conference due to a Mediation that is scheduled to take place on July 23, 2007 beginning at 10:00 a.m. in Lafayette, California;

WHEREAS, Benjamin Nisenbaum, is an associate with the law firm Law Offices of John L. Burris and actively working on this matter;

WHEREAS, Mr. Nisenbaum is unable to physically attend the Further Case Management Conference due to his appearance at a deposition in Walnut Creek, California in another matter; He has made arrangements to break from the deposition to appear by telephone in this matter;

Plaintiff's counsel respectfully submits this request to participate by telephone at the Further Case Management Conference.

DATED: July 22, 2008                             /s/ Benjamin Nisenbaum
                                                 Benjamin Nisenbaum, Esq.
                                                 Attorneys for Plaintiff

**ORDER**

Having read and considered the foregoing reasons re Telephonic Participation by Benjamin Nisenbaum at the Further Case Management Conference,

IT IS SO ORDERED.

DATED: July ____, 2008                           _____
                                                 THE HONORABLE JAMES LARSON
                                                 UNITED STATES DISTRICT COURT JUDGE

(PROPOSED) ORDER RE TELEPHONIC PARTICIPATION BY BENJAMIN NISENBAUM AT THE FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 07 02460 JL

2