## AMENDED CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:35-10:41 (06 min)
Date: **July 23, 2008**

Case No: **C07- 2460 JL**

Case Name: **Gregory Oliver, II v. City & County of S.F., et al**

Plaintiff  Attorney(s): Ben Nisenbaum by phone
Defendant Attorney(s): Scott Wiener

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                    **RULING:**
1.
2.
3.
4.
[ x] Fur Case Management Conference  -held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case re-referred to MJ James for settlement
conference.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to: 10/8/08 @ 10:30 a.m. for fur CMC.  Counsel to submit updated
statement few days prior.**
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
          [ ] Jury  [ ]  Court


Notes: Doc production to be made w/in 14 days.  Counsel to submit protective order


cc: Venice, Kathleen ,Brenda