1   IT IS SO STIPULATED.

2

3  Dated: July 23, 2008

4                                   DENNIS J. HERRERA
                                    City Attorney
5                                   JOANNE HOEPER
                                    Chief Trial Deputy
6                                   SCOTT D. WIENER
7                                   MEGHAN K. HIGGINS
                                    Deputy City Attorneys
8

9
                             By: _____
10                               SCOTT D. WIENER
                                 Attorneys for Defendants
11                               CITY AND COUNTY OF SAN FRANCISCO,
                                 HEATHER FONG, IN HER OFFICIAL CAPACITY,
12                               AND JESSE SERNA

13

14

15

16  Dated: 7/23/08
                             By: _____
17                               JOHN BURRIS
                                 Ben Nisenbaum
18                               Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER                            5            c:\documents and settings\ben\desktop\oliver(2).doc
Oliver v. CCSF, et al. – USDC No. C07-02460 JL