JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200    Facsimile: (510) 839-3882
Email: **john.burris@johnburrislaw.com**
       **bnisenbaum@gmail.com**

Attorneys for Plaintiff
Gregory Oliver II

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II, | Case No. C 07 02460 JL |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER MODIFYING DATE OF E XPERT WITNESS DESIGNATIONS** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive, | Honorable Magistrate Judge James Larson |
| Defendants. / | |

## STIPULATION

The parties hereby stipulate to extend the date of expert witness designation exchanges from December 1, 2008 to December 15, 2008. The requested extension is necessary due an unexpected family medical emergency on the part of Plaintiff's retained Police Practice expert witness and the completion of fact discovery. In light of the requested continuance the parties also request that the Court extend the close of expert witness discovery by two weeks from December 31, 2008 to January

14, 2008. The parties do not expect the requested extension to impact any other dates in the Court's Pretrial Order.

**IT IS SO STIPULATED.**

Dated: December 9, 2008      **The Law Offices of John L. Burris**

/s/ Benjamin Nisenbaum
Ben Nisenbaum
Attorney for Plaintiff

Dated: December 9, 2008      **Dennis J. Herrera, City Attorney**
**Joanne Hoeper, Chief Trial Attorney**
**Scott Wiener, Deputy City Attorney**

/s/ Scott Weiner
Scott Wiener
Attorney for Defendants

## (PROPOSED) ORDER

Good cause shown, based on the parties' stipulation and Plaintiff's police practice expert's family emergency, the Court hereby orders that expert witness designations and exchange of reports shall occur no later than December 15, 2008. Expert discovery in the above noted matter is also extended two weeks from January 1, 2008 to January 15, 2008. No other dates in the Court's Pretrial Order shall be affected by the granted extensions.

**IT IS SO ORDERED.**

Dated: 12/11/08

Honorable James Larson
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND (PROPOSED) ORDER MODIFYING DATE OF EXPERT WITNESS DESIGNATIONS
Case No. C 07 02460 JL                                                                          2