1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   MEGHAN K. HIGGINS, State Bar #235685
4  Deputy City Attorneys
   1390 Market Street, 7th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4283
6  Facsimile:    (415) 554-3837

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GREGORY OLIVER, II, | Case No. C07-02460 JL |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CHANGING CERTAIN PRETRIAL DEADLINES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive, | |
| Defendants. | |

STIPULATION RE PRETRIAL DEADLINES
Oliver v. CCSF, et al. – USDC No. C07-02460 JL
n:\lit\li2007\071509\00532176.doc

1  WHEREAS trial of this matter is set for April 6, 2009, with a pretrial conference set for March 18, 2009;

WHEREAS under the Court's standing pretrial order, pretrial submissions are due 20 days before the pretrial conference, i.e., on February 26, 2009, and responses to pretrial submissions are due 9 days before the pretrial conference, i.e., on March 9, 2009.

WHEREAS lead counsel for defendants, Deputy City Attorney Scott Wiener, has a long-planned vacation out of the country scheduled for February 12 through February 27, 2009, meaning that Mr. Wiener will be unavailable to participate in the process of preparing and submitting pretrial submissions for the February 26 deadline;

WHEREAS counsel for Plaintiff is not in a position to finalize pretrial submissions before Mr. Wiener's vacation;

AND WHEREAS the parties believe that a slight modification of the submission deadlines will not impact the ability of the Court and the parties to conduct a meaningful pretrial conference on March 18;

THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, that the pretrial submissions normally due 20 days before the pretrial conference will be due on March 4, 2009, and that the pretrial submissions normally due 9 days before the pretrial conference will be due on March 11, 2009.

Dated: January 21, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
MEGHAN K. HIGGINS
Deputy City Attorneys

By: -/s/- Scott D. Wiener
SCOTT D. WIENER

Attorneys for Defendants

STIPULATION RE PRETRIAL DEADLINES
Oliver v. CCSF, et al. – USDC No. C07-02460 JL

1

n:\lit\li2007\071509\00532176.doc

Dated: January 21, 2009

                        LAW OFFICES OF JOHN BURRIS

                  -/s/-    Ben Nisenbaum
By:_____
BEN NISENBAUM

Attorneys for Plaintiff GREGORY OLIVER, II

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

## **ORDER**

Based on the parties' stipulation, the Court hereby orders that the pretrial submissions normally due 20 days before the pretrial conference will be due on March 4, 2009, and that the pretrial submissions normally due 9 days before the pretrial conference will be due on March 11, 2009.

Dated: January 22, 2009

                                       _____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE