UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gregory Oliver, II

       Plaintiff,

     v.

City and County of San Francisco, et al.,

       Defendants.
_____/

No. C 07-2460 JL

**ORDER ADOPTING PARTIES' SEPARATE PROPOSED JURY QUESTIONNAIRE (Docket #141)**

       The Court hereby adopts the parties' Separate Proposed Jury Questionnaire, with the exception of Plaintiff's proposed question at paragraph five of page two, which reads, "Do you have any feelings about an African-American man going to the hotel room of a white woman after both had drinks together at a nightclub?"

       IT IS SO ORDERED.

DATED: April 2, 2009

_____
James Larson
Chief Magistrate Judge