UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Oliver, II | No. C 07-2460 JL |
| Plaintiff, | |
| v. | **ORDER Denying Defendant's Request for Clarification** |
| City and County of San Francisco, et al., | |
| Defendants. | |
| _____/ | |

The Court has read and considered Defendant's Request for Clarification and Correction of Pre-Trial Order, and concludes that no further clarification is required at this time.

DATED: April 3, 2009

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-2460\Clarify.PreTrialOrder.wpd