United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gregory Oliver, II                                                      No. C 07-2460 JL

        Plaintiff,
                                                                                **ORDER**
        v.

City and County of San Francisco, et al.,

        Defendants.
_____/

    IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments for the members of the jury in the above-entitled matter beginning April 9, 2009, at 8:30 a.m. for the duration of the trial, at the expense of the United States.

DATED: April 8, 2009

                                                              _____
                                                              James Larson
                                                              Chief Magistrate Judge