1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | SCOTT D. WIENER, State Bar #189266
MEGHAN K. HIGGINS, State Bar #235685
4 | Deputy City Attorneys
1390 Market Street, 7th Floor
5 | San Francisco, California 94102-5408
Telephone: (415) 554-4283
6 | Facsimile: (415) 554-3837

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GREGORY OLIVER, II, | Case No. C07-02460 JL |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING LAWSUIT WITH PREJUDICE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco police officers DOES 1-25, inclusive, | |
| Defendants. | |

---

STIPULATION RE DISMISSAL
Oliver v. CCSF, et al. – USDC No. C07-02460 JL

n:\lit\li2007\071509\00555401.doc

The parties hereby agree and stipulate as follows, subject to approval by the Court:

1. This entire lawsuit, including all claims by Plaintiff Gregory Oliver against all Defendants, shall be dismissed with prejudice.

2. All parties shall bear their own costs and attorneys fees.

Dated: May 14, 2009

> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> SCOTT D. WIENER
> MEGHAN K. HIGGINS
> Deputy City Attorneys
>
> By: -/s/- Scott D. Wiener
> SCOTT D. WIENER
>
> Attorneys for Defendants

Dated: May 14, 2009

> LAW OFFICES OF JOHN BURRIS
>
> By: -/s/- Ben Nisenbaum
> BEN NISENBAUM
>
> Attorneys for Plaintiff GREGORY OLIVER, II
>
> *Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.*

## **ORDER**

Pursuant to the above stipulation, Plaintiff Gregory Oliver's entire lawsuit is hereby DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorneys fees.

Dated: May 15, 2009

HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

---

STIPULATION RE DISMISSAL
Oliver v. CCSF, et al. – USDC No. C07-02460 JL
1
n:\lit\li2007\071509\00555401.doc